**Other Orders/Judgments**
8:24-cv-00631-RMB v. JUCKETT

**U.S. District Court**

**District of New Jersey [LIVE]**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 MAR -4 P 12: 57

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2024 at 3:55 PM EST and filed on 2/6/2024
**Case Name:** v. JUCKETT
**Case Number:** 8:24-cv-00631-RMB
**Filer:**
**Document Number:** 2

**Docket Text:**
**ORDER TO SHOW CAUSE Ordered Pursuant to L. Civ. R. 104.1(b) and Standing Order 2023-01, that respondent show cause, in writing, on or before 3/4/2024 why the imposition of identical, reciprocal discipline by this Court would be unwarranted and the reasons therefor. Should the respond desire to file a written response, he or she must do so at least 10 days before the return date of the Order to Show Cause. No oral argument will be held unless so Ordered by the Court. Signed by Chief Judge Renee Marie Bumb on 2/6/2024. (jd, )**

**8:24-cv-00631-RMB Notice has been electronically mailed to:**

**8:24-cv-00631-RMB Notice has been sent by regular U.S. Mail:**

JAY LOWELL JUCKETT
511 CEDAR AVENUE
ALLENHURST, NJ 07711-1126

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/7/2024] [FileNumber=18040305-0
] [990c563e77310283ae0c9f74f73c9291ca59dab97f62f0ade3d9ebd9d63e49bcd09
875f0519855f35c8d55228b9e408bef447f6e020525c157b779l2ce700c37]]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| JAY LOWELL JUCKETT | : | 8:24-cv-00631(RMB) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

This Court having received notice that public discipline, consisting of disbarment, or temporary or permanent suspension, has been imposed upon JAY LOWELL JUCKETT ("respondent"), by the Supreme Court of New Jersey or by another court of the United States or the District of Columbia, or by a court of another state, territory, commonwealth, or possession of the United States, effective immediately, for reason other than conviction of a crime, governed by L. Civ. R. 104.1(a),

And good cause appearing,

It is on this 6th day of February, 2024,

ORDERED, pursuant to L. Civ. R. 104.1(b) and Standing Order 2023-01, that respondent show cause, in writing, on or before 3/4/2024 why the imposition of identical, reciprocal discipline by this Court would be unwarranted and the reasons therefor.

Should the respondent desire to file a written response, he or she must do so at least 10 days before the return date of the

Order to Show Cause ("OSC"). No oral argument will be held unless so ordered by the Court.

Upon the failure of the respondent to timely respond by the return date of the OSC, this Court shall enter an Order imposing reciprocal discipline upon the respondent and shall change his/her bar membership record with this Court and deactivate his/her CM/ECF Filing User account with this Court.

IT IS FURTHER ORDERED, that should the respondent be disbarred or suspended by this Court through the imposition of reciprocal discipline, his or her reinstatement shall be governed by the provisions of L. Civ. R. 104.1(g).

Hon. Renée Marie Bumb,
Chief U.S. District Judge

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JAY LOWELL JUCKETT
   511 CEDAR AVENUE
   ALLENHURST, NJ 07711-1126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type.
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7022 3330 0001 2294 2844

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**CERTIFIED MAIL**

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101
OFFICIAL BUSINESS

TRENTON NJ 085
neopost
02/08/2024
US POSTAGE $08.69
FIRST-CLASS MAIL
ZIP 07102
041L11246772

7022 3330 0001 2294 2844

-R-T-S-   07711-RFS-1N   009 02/26/24
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 MAR -4 PM 2:...