UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of | : |
| JAY LOWELL JUCKETT | : Civil Misc. 8:24-cv-00631-RMB |
| An Attorney-at-Law | : O R D E R |

It appearing that respondent, JAY LOWELL JUCKETT, was ordered to show cause before this Court by Monday, March 04, 2024, why reciprocal discipline should not be imposed, pursuant to L. Civ. R. 104.1(b)(4), by temporarily suspending respondent from the practice of law before this Court, effective immediately, and until further Order of the Court; and

And good cause appearing,

It is on this __18th__, day of __March__, 2024,

ORDERED that reciprocal discipline is imposed, pursuant to L. Civ. R. 104.1(b)(4), and that JAY LOWELL JUCKETT, be and he hereby is suspended from the practice of law before this Court for a period of three years, effective immediately, and until further Order of the Court; and it is further

ORDERED that JAY LOWELL JUCKETT, be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

_____
HON. RENÈE MARIE BUMB,
Chief U.S District Judge